September 19, 1975.

M. P. No. 74-282. In re Application of Warwick Regular Firemens Association. Motion for an order compelling the City of Warwick to pay Clifford J. Cawley the sum of $2,687.09 is denied without prejudice. *William J. Toohey,* City Solicitor, *Hogan & Hogan, Thomas S. Hogan,* for Warwick Regular Firemens Association. *Clifford J. Cawley,* pro se.